

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

ENTERED
03/08/2010

In re:  **AMYE YVONNE CRUZ**
Debtor

Case # **06-35381**
Chapter **13**

#55

## ORDER DIRECTING PAYMENT
## OF UNCLAIMED FUNDS TO CREDITOR/CLAIMANT

Upon the application of <u>**JM Partners LLC, Assignee of and successor-in-interest to Amye Yvonne Cruz,**</u> seeking payment of <u>**$ 3267.29**</u> representing funds previously unclaimed by:

Amye Yvonne Cruz
2339 Greenglade Lane
Spring, TX 77386

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that <u>**JM Partners LLC**</u> is entitled to the unclaimed funds, it is

Ordered that the Clerk pay <u>**$ 3267.29**</u> to:

JM Partners LLC
PO Box 29940
Richmond, VA  23242-0940

Signed this  8th  day of  March, 2010

United States Bankruptcy Judge